UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Gerardo Guillen-Guiltron, ) <br> et al. ) <br> Defendant(s) ) | CRIMINAL NO. 08mj1692 <br> 08CR1921-JM <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 08661298 |

On order of the United States District/(Magistrate Judge) **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Hernandez-Sanchez

DATED: 6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _(signature)_
Deputy Clerk
L. HERNANDEZ